■ MARY L. JOHNSON et al., Respondents, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant.— Judgment of the Supreme Court, Nassau County, entered May 3, 1968, affirmed, on the opinion of Mr. Justice BERNARD S. MEYER at Trial Term [56 Misc 2d 983], with costs. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Kleinfeld, JJ., concur.